Samuel V. Eichner
SDNY Bar No. SE1967
sam.eichner@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street New York, NY 10019
Telephone: +1 (212) 858-1000
Facsimile: + l (212) 858-1500

Carolyn Toto
carolyn.toto@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor
Telephone: +1 (213) 488-7238
Facsimile: + l (213) 629-1033

*Attorneys for Petitioner Olivet University*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OLIVET UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>OLIVET COLLEGE n/k/a<br>THE UNIVERSITY OF OLIVET,<br><br>Defendant. | 23-cv- |

**DECLARATION OF MATTHIAS GEBHARDT IN SUPPORT OF PETITIONER'S REQUEST FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, MATTHIAS GEBHARDT, declare the following to be true:

1. I am President of Olivet University. I make this declaration based on my own personal knowledge in support of Petitioner's Request for a Temporary Restraining Order and Preliminary Injunction.

2. Olivet University is a California non-profit corporation with a principal place of business at 36401 Tripp Flats Rd, Anza, California 92539. Olivet University is an institution of biblical higher education that is dedicated to faith-based biblical and liberal arts education.

3. I have worked at Olivet University for over nine years. I hold a Doctor of Philosophy and Master of Divinity from Olivet University, a Master of Science in Biotechnology from Dongseo University in Busan, South Korea, and a Dipl. Ing. (certified engineer) in Biotechnology from Technical University of Berlin, Germany.

**<u>The Valuable OLIVET UNIVERSITY trademark</u>**

4. The origin of Olivet University traces back to the founding of its predecessor, Olivet Theological College & Seminary ("OTCS"), in the year 2000. OTCS was a bible college devoted to training denominational ministers.

5. In 2004, Olivet University was formed. Since then, Petitioner's curricula has expanded beyond seminary education and ministry training to arts, science and technology educational offerings and post-secondary educational services offered through multiple campuses nationwide and various schools, with distinct focuses on topics ranging from music to technology to business administration. Throughout this expansion, Olivet University has maintained a fundamentally faith-based educational approach indelibly tied to spirituality, evangelistic growth, biblical competence, and ministry impact. Currently, Olivet University has a unique offering of faith-based education coupled with modern degree offerings, including technology-focused programs and plans to continue expanding to new cities and campuses as well as new course offerings.

6. Petitioner owns U.S. trademark registration no. 4926123 for the OLIVET UNIVERSITY mark. In Petitioner's name and trademark, OLIVET UNIVERSITY, the term

OLIVET refers to the Olivet Discourse, a biblical passage. This biblical passage has no specific relevance to the educational services that Petitioner provides. The term OLIVET is used in the name and trademark OLIVET UNIVERSITY because it is suggestive of a biblical education.

7. Since its inception, Petitioner has earned millions of dollars in tuition from thousands of students and alumni, and has spent millions of dollars to advertise, market, and promote its school and the OLIVET UNIVERSITY name and mark. During this time, Petitioner has also continuously expanded and now offers its faith-based curricula in several campuses across the United States, including in Riverside, Southern California; San Francisco, California; St. Louis, Missouri; Washington D.C.; Nashville, Tennessee; and Orlando, Florida.

8. Due to its successful programs and offerings and its commitment to religious education and ministry training, Olivet University boasts a strong following and reputation in the Christian community. Petitioner's following and reputation is demonstrated by its affiliations with well-known Christian community members. For example, Dr. Ralph D. Winter began serving as Honorary Chairperson to Olivet University approximately eight months after TIME Magazine named him one of the 25 Most Influential Evangelicals in America. The Christian Post, a Christian news publication that reaches millions of readers annually, offered Dr. Winter the position on Olivet University's behalf, and later publicized this affiliation in a 2007 article. True and correct copies of the above referenced articles are attached hereto as Exhibit 1.

**Respondent, Olivet College**

9. Respondent, Olivet College, is a liberal arts college located in the town of Olivet, Michigan. Respondent operates a college, located in Olivet, Michigan, which also provides undergraduate and graduate-level education.

**The Parties' 2015 Agreement**

10. To the best of my knowledge, from 2004 to April 29, 2015, Olivet University's use of its OLIVET UNIVERSITY mark and Olivet College's use of its OLIVET COLLEGE mark peacefully coexisted, without any instances of actual confusion or perceived likelihood of confusion.

11. On April 29, 2015, Respondent's attorney wrote a letter to Olivet University alleging that Respondent had used the name Olivet College at least as early as 1844, and that advertising for the Olivet College of Art & Design infringed upon Respondent's rights in the OLIVET COLLEGE mark. The letter went on to say that "[w]hile [Defendant] could object to your use of Olivet University as confusingly similar to their long used and registered mark, they have not done so, believing the use of University will help distinguish the institutions in the minds of the public." The letter also asked that Olivet University cease "the infringing coupling of 'Olivet' with 'College' in connection with your educational services." A true and correct copy of the April 29, 2015 letter is attached hereto as Exhibit 2.

12. On May 20, 2015, the parties entered into an agreement to avoid confusion between their respective OLIVET UNIVERSITY and OLIVET COLLEGE marks ("2015 Agreement"). The parties agreed that confusion could be avoided so long as Olivet University continued using the OLIVET UNIVERSITY mark (but not the OLIVET COLLEGE mark) and Olivet College continued using the OLIVET COLLEGE mark (but not the OLIVET UNIVERSITY mark). The parties also agreed not to challenge these respective uses or applications and registrations for their respective marks. A copy of the 2015 Agreement is attached hereto as Exhibit 3.

13. After the 2015 Agreement was signed, Olivet University complied with its terms, including by renaming all Olivet University schools that used the "Olivet College" phrase to names that did not use that phrase.

14. The parties' uses of their school names and trademarks continued to peacefully coexist for several years. But on March 25, 2021, Respondent's counsel wrote Olivet University a letter alleging that the 2015 Agreement was void, supposedly because Olivet University had not complied with that Agreement. The letter was addressed to the Dean of "Olivet Theological College and Seminary," which does not use the phrase "Olivet College." A true and correct copy of the March 25, 2021 letter is attached hereto as Exhibit 4.

**<u>The Parties' 2023 Agreement</u>**

15. On March 26, 2021, Respondent filed a petition to cancel Petitioner's U.S. trademark registration no. 4926123 for the OLIVET UNIVERSITY mark ("TTAB Proceeding"). A true and correct copy of this petition is attached hereto as Exhibit 5.

16. After Respondent filed the TTAB Proceeding, the parties began discussing settlement. Because Respondent's March 25, 2021 letter had claimed that the 2015 Agreement was "void," Petitioner was concerned that Respondent would renege on a future agreement. Accordingly, Petitioner favored an arbitration provision or dispute resolution procedure in a settlement agreement with Respondent. However, Respondent rejected this proposal.

17. On January 23, 2023, Petitioner filed a lawsuit against Respondent to enforce the 2015 Agreement in the U.S. District Court for the Central District of California, which began a legal proceeding in federal court ("Civil Action"). A true and correct copy of the complaint filed in the Civil Action against Olivet College is attached hereto as Exhibit 6.

18. On May 3, 2023, I countersigned a Settlement and Co-Existence Agreement on behalf of Olivet University ("2023 Agreement"). Paragraph 3 of the 2023 Agreement provides that the parties must cooperate in good faith to address any confusion caused by the parties' use of OLIVET marks, as well as disputes or concerns related to such marks. Paragraph 12 of the 2023 Agreement also requires that the parties finally resolve disputes through arbitration. After the 2023 Agreement was signed, the TTAB Proceeding and Civil Action were each discontinued. A true and correct copy of the 2023 Agreement is attached hereto as Exhibit 7.

19. During the negotiation of the 2023 Agreement, neither Respondent nor its counsel informed Petitioner nor its counsel that Respondent had plans to rebrand, or to adopt THE UNIVERSITY OF OLIVET as a name or trademark.

20. If I had known that Respondent had plans to rebrand, or to adopt THE UNIVERSITY OF OLIVET as a name or trademark, I would not have signed the 2023 Agreement on behalf of Olivet University.

**<u>Olivet College's Rebrand to The University of Olivet</u>**

21. On May 23, 2023, Olivet College issued a press release announcing that it was rebranding to The University of Olivet. A true and correct copy of this press release is attached hereto as Exhibit 8.

22. On June 6, 2023, Respondent filed the below trademark applications with the U.S. Patent and Trademark Office:

- THE UNIVERSITY OF OLIVET (U.S. Trademark Application No. 98029774);
- THE UNIVERSITY of OLIVET (U.S. Trademark Application No. 98029801);
- UOLIVET (U.S. Trademark Application No. 98029781);



4871-1862-3611.v1

- (U.S. Trademark Application No. 98029798); and
- (U.S. Trademark Application No. 98029789).

Respondent appears to have adopted these logos and made other branding changes. For example, Respondent adopted a crest mark (below, left) ("Respondent Crest Mark"), which resembles Petitioner's crest mark (below, right), as both use a shield adorned with leaves.

Respondent's Crest Mark and website (below, right) also prominently uses the color red, which is the dominant color used on Petitioner's website (below, left):







These similarities create a serious and significant risk of confusion between Petitioner and Respondent.

**<u>Harm to Olivet University due to Olivet College's Rebrand to The University of Olivet</u>**

23. Olivet University has spent many years establishing its reputation as a world-class institution of biblical higher education, integrating the habits of scriptural study, reflection, and

DocuSign Envelope ID: CEE47FFC-C646-4B96-8B73-A76F9984D314


application across all fields and disciplines. Through significant investments, Olivet University has gained a strong following and reputation in the Christian community and beyond.

24. Olivet University's reputation is being gravely undermined and harmed by Respondent and its rebrand to The University of Olivet. Respondent's rebrand is likely to confuse and mislead actual and potential students and alumni to think Olivet University is somehow affiliated with The University of Olivet, when that is not the case. Such harm to Petitioner's reputation is irreparable, unquantifiable, and continues to grow with each passing day that Respondent continues its use of "The University of Olivet" and other branding that refers to that new name and rebrand.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Anza, California on September 6, 2023.

DocuSigned by:
MATTHIAS GEBHARDT
5C58EBE61BBD448...
Matthias Gebhardt