UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                                 :
OLIVET UNIVERSITY,                            :

                                     Plaintiff,    :
                                                       :             23-CV-7909 (VSB)
                           -against-                  :
                                                       :                 **ORDER**
OLIVET COLLEGE, *now known as*           :
The University of Olivet,                    :

                                     Defendant.   :
                                                       :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of Petitioner's request for a temporary restraining order and preliminary injunction, proposed order to show cause with emergency relief, memorandum of law, and supporting affidavits and exhibits.  (Docs. 1, 5–9.)  Petitioner and Respondent are directed to appear for a conference on Petitioner's request for a temporary restraining order on September 8, 2023, at 2:00 p.m.  The conference will take place telephonically at 1-888-363-4749, conference code 2682448.

SO ORDERED.

Dated:      September 7, 2023
               New York, New York

                                                               _____
                                                               VERNON S. BRODERICK
                                                               United States District Judge