UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                       :

OLIVET UNIVERSITY,                   :
                                         :

                     Petitioner,    :

                                       :           23-CV-7909 (VSB)

             -against-          :

                                       :             **ORDER**

OLIVET COLLEGE, *now known as*    :
The University of Olivet,         :
                                       :

                   Respondent.  :
                                       :
------------------------------------------------------------ X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Today I held a conference regarding Petitioner's request for a temporary restraining order and preliminary injunction.  As discussed at the conference, it is hereby:

      ORDERED that Petitioner and Respondent meet and confer concerning pausing Respondent's rebranding and inform the Court of the parties' agreement on the pause, or lack thereof, by Tuesday, September 12, 2023;

      IT IS FURTHER ORDERED that Respondent shall file its opposition to Petitioner's request for a temporary restraining order by Friday, September 15, 2023, and Petitioner its reply by Monday, September 18, 2023; and

      IT IS FURTHER ORDERED that the parties appear for a conference on Petitioner's request for a temporary restraining order on Wednesday, September 20, 2023, at 2:00 p.m.  The conference will take place telephonically at 1-888-363-4749, conference code 2682448.

SO ORDERED.

Dated:     September 8, 2023
           New York, New York

VERNON S. BRODERICK
United States District Judge