UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
               :
OLIVET UNIVERSITY,               :
               :
            Petitioner,   :
               :        23-CV-7909 (VSB)
       -against-          :
               :        **ORDER**
OLIVET COLLEGE, *now known as*    :
The University of Olivet,           :
               :
           Respondent. :
               :
------------------------------------------------------------ X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       I held a conference regarding Petitioner's request for a temporary restraining order and preliminary injunction on September 20, 2023.  As discussed at the conference, it is hereby:

       ORDERED that Petitioner's request for a temporary restraining order is DENIED for the reasons stated on the record during the hearing; and

       IT IS FURTHER ORDERED that Petitioner and Respondent meet and confer concerning the next steps in the case, including (1) whether they will request additional briefing with respect to a preliminary injunction, and, if so, (2) whether the parties believe an evidentiary hearing to present additional evidence is necessary, or (3) whether they choose to focus their efforts on their informal discussions and arbitration.  The parties shall inform the Court of their views concerning these topics on or before Tuesday, September 26, 2023.

IT IS FURTHER ORDERED that Respondent's motion to strike portions of Petitioner's Tufo Supplemental Declaration, (Docs. 28-29), is DENIED as moot. The Clerk of Court is respectfully directed to close the open motion at Doc. 28.

SO ORDERED.

Dated:    September 21, 2023
             New York, New York

*/s/ Vernon Broderick*
VERNON S. BRODERICK
United States District Judge