PILLSBURY WINTHROP SHAW PITTMAN LLP
Samuel V. Eichner (SDNY Bar No. SE1967)
sam.eichner@pillsburylaw.com
31 West 52nd St.
New York, NY 10019
Telephone: (212) 858-1154
Facsimile: (212) 858-1500

Carolyn S. Toto
carolyn.toto@pillsburylaw.com
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone: (213) 488-7238
Facsimile: (213) 629-1033

*Attorneys for Petitioner*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OLIVET UNIVERSITY,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>OLIVET COLLEGE,<br><br>　　　　　　Respondent. | Case No. 1:23-cv-07909-VSB<br><br>**NOTICE OF DISMISSAL** |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Petitioner hereby dismisses this action without prejudice.  The parties will bear their own costs and attorneys' fees.

|  |  |
|---|---|
| DATED: <u>October 9, 2023</u> | Respectfully submitted,<br><br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br><br><u>/s/ Samuel Eichner</u><br>Samuel V. Eichner<br>Counsel for Petitioner |